## IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **LIFELAST, INC., a Washington Corporation,** | **Civil Action No.  3:04-cv-5531-RJB** |
| **Plaintiff,** | |
| **v.** | **ORDER GRANTING MOTION FOR FILING A CONFIDENTIAL AUDIO RECORDING UNDER SEAL** |
| **COLDWATER GROUP, INC., A Georgia Corporation; COLDWATER RESINS, INC., a Georgia Corporation; COLDWATER COVERS, INC., a Georgia Corporation; WILLIAM DAVID WITHERS, an individual; and CHARLES H. RHOADS, an individual,** | |
| **Defendants.** | |
| **COLDWATER GROUP, INC., A Georgia Corporation; COLDWATER COVERS, INC., a Georgia Corporation;** | |
| **Counterclaim Plaintiffs,** | |
| **v.** | |
| **LIFELAST, INC., a Washington Corporation, and CODY MERRION, an individual,** | |
| **Counterclaim Defendants.** | |

**ORDER -** 1

Parker, Hudson, Rainer & Dobbs, LLP
285 Peachtree Center Avenue, N.E., Suite 1500
Atlanta, Georgia 30303
Telephone:  (523-5300

This matter came before this court, the Honorable Robert J. Bryan presiding, on Counterclaim Plaintiffs' Motion For Filing A Confidential Audio Recording Under Seal. This court, having reviewed the court's file in this matter and Counterclaim Plaintiffs' motion, and being otherwise fully apprised of the premises, now rules as follows:

IT IS HEREBY ORDERED that Counterclaim Plaintiffs' Motion For Filing A Confidential Audio Recording Under Seal is:

 X  GRANTED.  The clerk is directed to place the designated audio recording under seal.

DATED this 21st day of October, 2005.


_Robert J Bryan_
ROBERT J. BRYAN
United States District Court Judge

**ORDER -** 2