The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIFELAST, INC., a Washington Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>COLDWATER GROUP, INC., A Georgia Corporation; COLDWATER RESINS, INC., a Georgia Corporation; COLDWATER COVERS, INC., a Georgia Corporation; WILLIAM DAVID WITHERS, an individual; and CHARLES H. RHOADS, an individual,<br><br>  Defendants.<br><br>COLDWATER GROUP, INC., A Georgia Corporation; COLDWATER COVERS, INC., a Georgia Corporation;<br><br>  Counterclaim Plaintiffs,<br><br>v.<br><br>LIFELAST, INC., a Washington Corporation, and CODY MERRION, an individual,<br><br>  Counterclaim Defendants. | Civil Action No.  3:04-cv-5531-RJB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**Proposed Order of Dismissal With Prejudice – Page 1**

1  On December 30, 2005, the parties filed a joint Stipulation for Order of
2  Dismissal With Prejudice.  Previously, the parties had notified the Court that they had
3  settled their claims and the trial date was stricken.

4  Accordingly, **IT IS HEREBY ORDERED:**

5  1. The parties' joint Stipulation for Order of Dismissal With
6  Prejudice is **GRANTED.**

7  2. The above-captioned case is **DISMISSED**, with prejudice and
8  without costs or attorneys' fees to any party.

9  3. The District Court Clerk is hereby directed to enter this order and
10  close the file.

11  DATED this 3rd day of January, 2006.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

18  Submitted by:
    BLACK HELTERLINE LLP

20  By: s/ Ronald T. Adams
    Ronald T. Adams
21  WSBA No. 36013
    1900 Fox Tower
22  805 S.W. Broadway
    Portland, OR  97205
23  Ph.: (503) 224-5560
    FAX: (503) 224-6148
24  Email: rta@bhlaw.com

**Proposed Order of Dismissal With Prejudice – Page 2**

**BLACK HELTERLINE LLP**
1900 Fox Tower
805 S.W. Broadway
Portland, OR 97205
(503) 224-5560